**Milton Earl CARBE, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 07–20760

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

May 30, 2008.

Milton Earl Carbe, Beaumont, TX, pro se.

Before SMITH, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

Milton Carbe, federal prisoner # 66325–079, appeals the denial of his 28 U.S.C. § 2241 petition challenging the fine imposed as part of his life sentence for conspiracy to possess with intent to distribute cocaine and possession with intent to distribute cocaine. The district court lacked jurisdiction to entertain Carbe's petition, because Carbe's challenge to the fine element of his sentence does not satisfy the "in custody" requirement of § 2241 or 28 U.S.C. § 2255. *See, e.g.,* § 2241(c); *United States v. Segler,* 37 F.3d 1131, 1137 (5th Cir.1994); *United States v. Hatten,* 167 F.3d 884, 887 (5th Cir.1999). Accordingly, the order is vacated, and this case is remanded with instruction to enter an order dismissing Carbe's petition for lack of jurisdiction. Carbe's motion to proceed *in forma pauperis* is denied.

VACATED AND REMANDED; IN FORMA PAUPERIS DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.